

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2020

No. 04-20-00351-CV

**IN THE INTEREST OF T.E.C., ET AL CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01552
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant, Erica G.'s parental rights. Appellant's brief was originally due to be filed on September 15, 2020. On September 15, 2020, appellant filed an unopposed motion requesting a forty-day extension of time to file the brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

The motion is GRANTED IN PART and DENIED IN PART. Because this is an accelerated appeal of the trial court's order terminating parental rights, appellant is ORDERED to file the brief no later than October 5, 2020. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will not be granted absent extenuating circumstances.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court